N. L. WYMARD and George L. Stark, Receivers of Kemmel & Co., Inc.

v.

McCLOSKEY & CO., Inc., Appellant.

No. 13528.

United States Court of Appeals Third Circuit.

Argued June 8, 1961.

Decided July 18, 1961.

J. Dress Pannell, Harrisburg, Pa. (Lawrence D. Biele, Philadelphia, Pa., on the brief), for appellant.

Edward Cohen, Philadelphia, Pa. (Everett Bruce Dennis, Dennis, Lichten-

stein, Cohen & Dennis, Philadelphia, Pa., Goff & Rubin, on the brief), Thomas J. Mullaney, Philadelphia, Pa., for appellee.

Before BIGGS, Chief Judge, and HASTIE and FORMAN, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed on the opinion of Judge Wood, D.C.1960, 190 F.Supp. 420.